IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PHILLIP ACE ROBINSON, #151 337,       )
                                      )
    Plaintiff,                        )
                                      )
    v.                                ) CIVIL ACTION NO. 2:18-CV-95-WHA
                                      )              [WO]
DR. JEAN DARBOUZE,                    )
                                      )
    Defendant.                        )

## ORDER

This case is before the court on a Recommendation of the Magistrate Judge entered on April 5, 2018. Doc. 7. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered accordingly.

 Done this 30th day of April, 2018.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE